# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Louis Washington, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Clean Harbors Disposal Services, Inc., and | ) | |
| Clean Harbors, Inc., | ) | |
| | ) | Case No. 4:15-cv-069 |
| Defendants. | ) | |

Before the court is a motion for attorney Bruce J. Douglas to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Bruce J. Douglas has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 3) is **GRANTED**. Attorney Bruce J. Douglas is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court