# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Louis Washington, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Clean Harbors Disposal Services, Inc. and | ) | |
| Clean Harbors, Inc., | ) | |
| | ) | Case No. 4:15-cv-069 |
| Defendants. | ) | |

Before the court is a motion for attorney David P. McKinney to appear *pro hac vice* on Defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney David P. McKinney has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 9) is **GRANTTED**. Attorney David P. McKinney is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2015.

                                                             */s/ Charles S. Miller, Jr.*
                                                             Charles S. Miller, Jr.
                                                             United States Magistrate Judge